NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.  Criminal Number  1:22-mj-252

Nicholas Krauss

(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Marina Medvin, DC Bar #995966
*(Attorney & Bar ID Number)*

MEDVIN LAW PLC
*(Firm Name)*

916 Prince St, Ste 109
*(Street Address)*

Alexandria, VA 22314
*(City)   (State)   (Zip)*

888-886-4127
*(Telephone Number)*